DLM

MJC:pac 95368 \pleading\95368PetitionRemoval.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID B. HECTOR, JR. | : | |
| | : | |
| VS. | : | C. A. NO. |
| | : | |
| CITY OF PROVIDENCE, by and through its Treasurer, STEPHEN NAPOLITANO; ET AL | : | CA 06 418ML |

**PETITION FOR REMOVAL FROM STATE COURT**

To the Honorable Judges of the United States District Court for the District of Rhode Island.

Now come the defendants, Robert Brown, Jr. and Antonio Laranjo, Jr., and petition pursuant to 28 U.S.C. §1441 and §1446 for removal of Providence Superior Court Civil Action Number PC06-3308, entitled *David B. Hector, Jr. v. City of Providence, et al*, to this Honorable Court.

Your petitioners state that they first received plaintiff's complaint when they were served with process on or about August 21, 2006. Plaintiff's complaint contains allegations that your defendants, Providence police officers, deprived the plaintiff of his constitutional rights and the plaintiff seeks redress therefore, pursuant to 42 U.S.C. §1983. Accordingly, this court would have original jurisdiction over this matter pursuant to 28 U.S.C. §1331 and §1343.

Your petitioners further state that the required filing fee has been filed contemporaneously with this petition, together with a copy of all processed pleadings served upon him in this action.

Your petitioners further state that copies of this petition are being filed with all parties who have been served with process in this action as well as with the clerk of the Providence Superior Court.

Your petitioners further state that the other defendants in this action consent to removal of this action as expressly stated below.

Defendant, City of Providence, hereby expressly states its consent to the filing of this petition for removal.

DEFENDANTS, Robert Brown, Jr. and
Antonio Laranjo, Jr.
By their Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DEFENDANTS, City of Providence
By its Attorney,

Kevin McHugh by MJC

Kevin F. McHugh, Esq. #3927
CITY SOLICITOR'S OFFICE
275 Westminster Street,
Providence, RI 02903
PHONE: (401) 421-7740 x333
FAX: (401) 351-7596

**CERTIFICATION**

I certify that I sent a true copy of the within on 9/20/06 to:

V. Edward Formisano, Esq.
100 Midway Place, Suite 1
Cranston, RI 02920

Barbara Malachowski

Kevin F. McHugh, Esq.
City Solicitor's Office
275 Westminster Street, Suite 200
Providence, RI 02903-1845

Barbara Malachowski