STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3308 DAVID B HECTOR JR V CITY OF PROVIDENCE

Filing Date: 06-21-2006
Case Status: UNASSIGNED

Case Type: OTHER CIVIL ACTION
Status Date: 06-21-2006

Plaintiff: DAVID HECTOR
ID: @10847136

Attorney: V. EDWARD FORMISANO

Defendant: CITY OF PROVIDENCE
ID: PROVIDENC
Defendant: STEPHEN NAPOLITANO TREASURER
ID: @10847137
Defendant: ROBERT BROWN
ID: @10847138
Defendant: ANTONIO LARANJO
ID: @10847140

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-21-2006 | COMPLAINT FILED | |
| 06-21-2006 | INITIAL FILING FEE | |
| 06-21-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP228641. |

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island