MJC:pac 95368 \pleading\95368EntryofAppear.wpd

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

DAVID B. HECTOR, JR.

VS.

CITY OF PROVIDENCE, by and through its Treasurer, STEPHEN NAPOLITANO; ET AL

C. A. NO. 06-3308

**ENTRY OF APPEARANCE**

I, Michael J. Colucci, Esq., hereby enter my appearance on behalf of defendants, Robert Brown, Jr. and Antonio Laranjo, Jr., in the above-entitled matter.

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 AUG 28 A 10: 24

**CERTIFICATION**

I certify that I sent a true copy of the within on 8/25/06 to:

V. Edward Formisano, Esq.
100 Midway Place, Suite 1
Cranston, RI 02920

Kevin F. McHugh, Esq.
CITY SOLICITOR'S OFFICE
275 Westminster Street, Suite 200
Providence, RI 02903-1845

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island