MJC:pac 95368 \pleading\95368Answer.wpd

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

DAVID B. HECTOR, JR. :
:
VS. : C. A. NO. 06-3308
:
CITY OF PROVIDENCE, by and through :
its Treasurer, STEPHEN NAPOLITANO; :
ET AL :

**ANSWER OF DEFENDANTS, BROWN AND LARANJO**

1. Neither admitted nor denied.

2. Admit.

3. Neither admitted nor denied.

4. Neither admitted nor denied.

5. Neither admitted nor denied.

6. Neither admitted nor denied.

7. Admitted.

8. Unknown and denied.

9. Unknown and denied.

10. Admit.

11-18. Unknown and denied.

19. Denied.

20. Denied.

21-29. Unknown and denied.

30-35. Denied.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 AUG 28 A 10: 24

True Copy Attest
Hy S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

36. Defendants incorporate their answers to the said realleged paragraphs.

**COUNT ONE**
**Negligence**

37. Denied.

**COUNT TWO**
**Assault**

37*(sic)*. Denied.

**COUNT THREE**
**Battery**

38. Denied.

**COUNT FOUR**
**False Arrest**

39. Denied.

**COUNT FIVE**
**Unreasonable Seizure in Violation of 42 U.S.C. §1983**

40. Denied.

**COUNT SIX**
**Unreasonable Seizure in Violation of Article 1, §6 of the Rhode Island Constitution**

41. Denied.

WHEREFORE, defendants demand judgment against the plaintiff.

**AFFIRMATIVE AND/OR OTHER DEFENSES**

1. Defendants plead qualified immunity.

2. Defendants plead assumption of the risk.

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

3. Count Six fails to state a claim upon which relief can be granted.

Defendants demand a trial by jury.

DEFENDANTS,
By their Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 8/25/06 to:

V. Edward Formisano, Esq.
100 Midway Place, Suite 1
Cranston, RI 02920

Kevin F. McHugh, Esq.
CITY SOLICITOR'S OFFICE
275 Westminster Street, Suite 200
Providence, RI 02903-1845

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island