**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**

**DAVID B. HECTOR, JR.,**
**Plaintiff,**

**v.**

**C.A. No. 06-3308**

**CITY OF PROVIDENCE,**
by and through its Treasurer, **STEPHEN NAPOLITANO, ROBERT BROWN, JR.,** individually and in his official capacity as a police officer employed by the City of Providence, **ANTONIO LARANJO, JR.,** individually and in his official capacity as a police officer employed by the City of Providence,
**Defendants**

## STIPULATION

The undersigned parties hereby stipulate and agree as follows:

1. That Michael J. Colucci, Esq., agrees to accept service of the Complaint in the above-captioned matter on behalf of the Defendants Brown and Laranjo MJC

2. That service of the Complaint shall be effective upon receipt by Attorney Colucci.

3. That Attorney Colucci has been duly authorized to accept service by said Defendants MJC as their counsel of record in this matter and to sign the original summonses attached hereto confirming same.

Attorneys for the Plaintiff,
SINAPI, FORMISANO & COMPANY, LTD.

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690

Attorneys for the Defendants,
OLENN & PENZA

Michael J. Colucci (3301)
530 Greenwich Avenue
Warwick, RI 02886
(401)737-3700

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH, JR
06 SEP 13 PM 12: 15