**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID B. HECTOR, JR.,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-418ML** |
| | : | |
| **CITY OF PROVIDENCE, et al.,** | : | |
| **Defendants** | : | |

## PLAINTIFF'S PRETRIAL CONFERENCE STATEMENT

### I. Facts of Case

On August 23, 2003, the Plaintiff was operating a motor vehicle on Camden Avenue in Providence, Rhode Island. The Plaintiff stopped the vehicle on Camden Avenue, exited the vehicle and began speaking with two friends. Shortly thereafter, a police vehicle operated by Defendant Brown, pulled behind the Plaintiff's motor vehicle. Defendant Brown exited the police vehicle, approached the Plaintiff, and asked for the Plaintiff's license and registration. The Plaintiff complied with this request.

Defendant Brown then contacted a police dispatcher and conducted a routine check through the Registry of Motor Vehicles. Defendant Laranjo then arrived at the scene. At that time, Defendant Brown told the Plaintiff to "get in the car," and pointed to the rear passenger seat of Defendant Laranjo's police vehicle. The Plaintiff then asked if he was being arrested and Defendant Brown responded, "Get in the f---ing car!" The Plaintiff again asked if he was being arrested. At that time, Defendant Brown rushed toward the Plaintiff, extended his police baton, and asked the Plaintiff, "You're not going to get in the car?" Defendant Brown then struck the Plaintiff's face with the police baton. The Plaintiff then grabbed Defendant Brown's talk radio, pushed the talk button, and yelled for help. Defendant Brown then stepped away from the Plaintiff and stated, "Oh, you're going to call on me." Defendant Brown then struck the

Plaintiff's arm with the police baton. While attempting to defend himself from Defendant Brown's blows, the Plaintiff was struck in his back and legs with a police baton by Defendant Laranjo. The Plaintiff was then handcuffed by Defendant(s) Brown and/or Laranjo. While handcuffed, Defendant Brown began to apply pressure to the Plaintiff's thumbs by pushing them upwards, and told the Plaintiff that he would break his thumbs. Defendant Brown than slammed the Plaintiff face-first into Defendant Laranjo's police vehicle.

Due to the injuries caused by Defendants Brown and Laranjo, the Plaintiff was then transported by ambulance to Rhode Island Hospital where he was treated for injuries to his face and upper extremities. While at the hospital, Defendant Brown approached the Plaintiff and stated, "You better have eyes in the back of your head."

Following medical treatment, the Plaintiff was taken to the City Police Department and charged with felony assault, simple assault, and resisting arrest. Defendant City pursued said charges only after the filing of this action.

## II. LEGAL ISSUES

A. Whether the Plaintiff's search and seizure by the individual defendants was in violation of 42 U.S.C §1983, Article I, §6 of the Rhode Island Constitution and R.I.G.L. §9-1-28.1(a)(1)(A) and (b)?

B. Whether Defendants breached a duty of care owed to Plaintiff thereby causing Plaintiff to sustain foreseeable harm?

C. Whether Defendant City is liable under the doctrine of *respondeat superior* for the negligent acts and/or omissions of Defendants Brown and Laranjo?

D. Whether Defendant City failed to properly select, train, instruct, supervise, and discipline officers in the City Police Department, including Defendants Brown and Laranjo, resulting in the illegal and unlawful search, seizure, arrest and detention of the Plaintiff?

E. Whether the individual defendants' conduct was intentional?

Plaintiff,
By his Attorneys,
SINAPI, FORMISANO & CO., LTD

/s/ V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040 (facsimile)

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the Court on this 22nd day of December, 2006 and is available for viewing and downloading from the ECF system.

/s/ V. Edward Formisano