**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAVID B. HECTOR, JR. | : | |
| VS. | : | C.A. No. 06-418 ML |
| CITY OF PROVIDENCE, by and through its Treasurer, STEPHEN NAPOLITANO, ROBERT BROWN, JR., individually and in his official capacity as a police officer employed by the City of Providence, ANTONIO LARANJO, JR., individually, and in his official capacity as a police officer employed by the City of Providence | : : : : : | |

**ANSWER OF DEFENDANT CITY OF PROVIDENCE**

1. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

2. Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Compliant.

3. Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

6. Defendant admits the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

8. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

9. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

10. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 10 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

11. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

12. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

13. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

14. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 14 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

15. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 15 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

16. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 16 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

17. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 17 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

18. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 18 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

19. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 19 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

20. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 20 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

21. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

22. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 22 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

23. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 23 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

24. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 24 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

25. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 25 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

26. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 26 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

27. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 27 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

28. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 28 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

29. Defendant admits that following medical treatment, the Plaintiff was taken back to the City Police Department, placed under arrest and charged with felony assault, simple assault and resisting arrest. Defendant denies the remaining allegations contained in Paragraph 29 of Plaintiff's Complaint.

30. Defendant denies generally and specifically the allegations contained in Paragraph 30 of Plaintiff's Complaint.

31. Defendant denies generally and specifically the allegations contained in Paragraph 31 of Plaintiff's Complaint.

32. Defendant denies generally and specifically the allegations contained in Paragraph 32 of Plaintiff's Complaint.

33. Defendant denies generally and specifically the allegations contained in Paragraph 33 of Plaintiff's Complaint.

34. Defendant denies generally and specifically the allegations contained in Paragraph 34 of Plaintiff's Complaint.

35. Defendant denies generally and specifically the allegations contained in Paragraph 35 of Plaintiff's Complaint.

36. Defendant reiterates and incorporates by reference its answers to Paragraphs 1 through 35 of Plaintiff's Complaint as if fully set forth herein.

37. No answer is required of this Defendant.

38. No answer is required of this Defendant.

39. No answer is required of this Defendant.

40. Defendant denies generally and specifically the allegations contained in Paragraph 40 of Plaintiff's Complaint.

41. Defendant denies generally and specifically the allegations contained in Paragraph 41 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

1. That any injury or damage suffered by the Plaintiff was caused solely by reason of the Plaintiff's wrongful acts and conduct.

2. That the actions of the Defendant and/or Defendant's agents in all respects were reasonable, proper and legal.

3. To the extent that the Plaintiff suffered any damages, such damages were caused or contributed to by the Plaintiff's negligence.

4. To the extent that the Plaintiff suffered any damages, the risk of such damages were assumed by the Plaintiff.

5. The Defendant’s agents acted, at all times material hereto, in good faith.

6. The Defendant’s agents had legal justification for all its actions relative to the Plaintiff.

7. Defendant’s liability is limited by R.I.G.L. Section 9-31-3.

8. The Defendant does not have a policy of excessive force.

9. That the actions of the Defendant were lawful and proper and probable cause existed for the arrest of Plaintiff.

WHEREFORE, Defendant prays that Plaintiff's Complaint be denied and dismissed; that judgment enter for the Defendant and that Defendant be awarded attorneys' fees and costs.

DEFENDANT,

STEPHEN T. NAPOLITANO, in his
capacity as Treasurer of the City of Providence
Providence

By his Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

/s/ Kevin F. McHugh ______________
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**Certification**

I hereby certify that on this 5th day of January, 2007, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following:

V. Edward Formisano, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

Michael J. Colucci, Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

/s/ Kevin F. McHugh ______________