**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DAVID B. HECTOR, JR.

VS. C.A. No. 06-418 ML

CITY OF PROVIDENCE, BY AND
THROUGH ITS TREASURER
STEPHEN NAPOLITANO; ET AL

**STIPULATION**

The Defendant, City of Providence may have up to and including January 5, 2007 within which to respond to Plaintiff's Complaint.

Defendant:

/s/ Kevin F. McHugh ______________________
Kevin F. McHugh, Esquire (#3927)
City of Providence Law Department
275 Westminster Street
Providence, RI 02903
(401) 421-7740 Ext. 333

Plaintiff:

/s/ V.Edward Formisano____________________
V. Edward Formisano, Esq. (#5512)
100 Midway Place, Suite 1
Providence, Rhode Island 02903
(401) 944-9690

Dated: December 27, 2006