**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAVID B. HECTOR, JR. | : | |
| VS. | : | C.A. No. 06-418 ML |
| CITY OF PROVIDENCE, by and through its Treasurer, STEPHEN NAPOLITANO, ROBERT BROWN, JR., individually and in his official capacity as a police officer employed by the City of Providence, ANTONIO LARANJO, JR., individually, and in his official Capacity as a police officer employed by the City of Providence | : : : : : | |

# DEFENDANT CITY OF PROVIDENCE'S EXPERT DISCLOSURE

Now comes the Defendant City of Providence in the above-entitled matter and hereby makes its expert disclosure as follows:

Fred Taylor, 7352 S.W. 120 Avenue, Miami, Florida 33183.

Defendant
City of Providence

By its Attorney:

JOSEPH M. FERNANDEZ
CITY SOLICITOR

/s/ Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence – Law Department
275 Westminster Street Suite 200
Providence, Rhode Island 02903
(401) 421-7740 Ext. 333
(401) 351-4326 Fax

**CERTIFICATION**

I hereby certify that on this 2nd day of April, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

V. Edward Formisano, Esquire
100 Midway Place, Suite One
Cranston, Rhode Island 02903
edf@sfclaw.com

Michael J. Colucci, Esquire
Olenn & Penza
530 Greenwich Avenue
Warwick, Rhode Island 02903
mjc@olenn-penza.com
cli@olenn-penza.com
bam@olenn-penza.com

/s/ Kevin F. McHugh