**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID B. HECTOR, JR.,**<br>**Plaintiff**<br><br>**v.**<br><br>**CITY OF PROVIDENCE,** by and through its Treasurer, **STEPHEN NAPOLITANO**, **ROBERT BROWN, JR.,** individually and in his official capacity as a police officer employed by the City of Providence, **ANTONIO LARANJO, JR.**, individually and in his official capacity as a police officer employed by the City of Providence,<br>**Defendants** | : | **C.A. No. 06-418ML** |

**FIRST RENOTICE TO TAKE DEPOSITION**

**DATE:** **April 12, 2007**

**TIME:** **10:30 a.m.**

**DEPONENT:** **Antonio Laranjo, Jr.**

Pursuant to Federal Rule of Civil Procedure 30, please take notice that we will take the testimony on oral examination of the above named deponent at the time set forth above before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned at the office of Sinapi, Formisano & Co., Ltd., 100 Midway Place, Suite 1, Cranston, RI 02920, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

PLAINTIFF
By his attorneys,
SINAPI, FORMISANO & CO., LTD.

/s/ V. Edward Formisano
V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, Rhode Island 02920-5707
(401)944-9690
(401)943-9040 (facsimile)

**CERTIFICATION**

TO: Michael J. Colucci, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

I hereby certify that on the 5th day of April, 2007, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System. I also certify that the above counsel of record has received the within.

/s/ V. Edward Formisano