**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID B. HECTOR, JR.,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-418ML** |
| | : | |
| **CITY OF PROVIDENCE,** | : | |
| by and through its Treasurer, **STEPHEN NAPOLITANO**, | : | |

**JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Now come the parties in the above-cited matter and hereby move this Honorable Court for an Order extending the existing deadlines under this Court's Pretrial Order, as set forth below.

The close of discovery is currently scheduled to occur on June 28, 2007, with the deadline for filing dispositive motions to occur on or before July 12, 2007 and pretrial memoranda to be filed on or before July 20, 2007.

The parties have made progress in discovery, including exchanging written discovery as well as several depositions.

The parties have made good faith efforts to complete discovery, but based on the detailed nature of the discovery sought, the nature and complexity of the claims and the press of business, additional time for discovery is necessary and warranted.

Based on the foregoing, the parties respectfully request that this Court enter an Order extending all pretrial deadlines, with the close of discovery to occur on August 29, 2007, with the other deadlines adjusted accordingly. Alternatively, the parties request that the Court enter an Order extending all pretrial deadlines as it deems fit and proper.

Respectfully Submitted,
Plaintiff,
By his Attorney,

/s/ V. Edward Formisano
V. Edward Formisano
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

Respectfully Submitted,
Defendants,
By their Attorneys,

/s/ Michael J. Colucci
Michael J. Colucci
Olenn & Penz
530 Greenwich Avenue
Warwick, RI 02886
(401)737-3700
(401)737-5499 (facsimile)

/s/ Kevin F. McHugh
Kevin F. McHugh
Senior Assistant City Solicitor
City of Providence—Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
(401)421-7740