*** NOT AN OFFICIAL DOCUMENT ***

**Case ID:** 61-2006-17568
**Docket Search Start Date:**
**Docket Search Ending Date:**

## Case Description

**Case ID:** 61-2006-17568 - DAVID HECTOR
**Court :** (DC) District Court **Location :** (6D) 6th District Court
**Filing Date:** Wednesday, September 13th, 2006
Type: M - MISDEMEANOR
**Status:** *none*

## Arrest Information

**Arresting Agency :** PROVIDENCE POLICE DEPARTMENT

## Charges

| Charge# | Charge | Disposition / Date | Sentence / Judge |
|---|---|---|---|
| 1 | SIMPLE ASSAULT | RULE 23 TRANSFER TO S.C.<br>27-SEP-06 | |

## Case Event Schedule

| Event | Date | Location | Judge |
|---|---|---|---|
| PRE-TRIAL CONFERENCE | 27-SEP-2006 | 6th District Court | *unassigned* |

## Case Parties

| Type | ID | Name | Aliases |
|---|---|---|---|
| DEFENDANT | 10103814 | **HECTOR, DAVID** | *none* |

## Attorneys

*No Attorneys were found.*

## Docket Entries

| Description | |
|---|---|
| 13-SEP-2006 | COMPLAINT FILED |
| 13-SEP-2006 | PERSONAL RECOGNIZANCE SET |
| 13-SEP-2006 | ENTRY OF APPEARANCE |
| 27-SEP-2006 | COMPLETED |
| 27-SEP-2006 | TRANSFERRED TO SUPERIOR COURT |
| 27-SEP-2006 | RULE 23 TRANSFER TO S.C |

*** NOT AN OFFICIAL DOCUMENT ***

**Case ID:** **P3-2006-3304A**
**Docket Search Start Date:**
**Docket Search Ending Date:**

## Case Description

**Case ID:** **P3-2006-3304A - DAVID HECTOR**
**Court :** **(SC) SUPERIOR COURT** **Location : (P) PROVIDENCE COUNTY**
**Filing** Date: Wednesday, October 11th, 2006
Type: M - MISDEMEANOR
Status: *none*

## Arrest Information

**Arresting Agency : PROVIDENCE POLICE DEPARTMENT**

## Charges

| Charge# | Charge | Disposition / Date | Sentence / Judge |
|---|---|---|---|
| | SIMPLE ASSAULT | | |

## CaseEvent Schedule

| Event | Date | Location | Judge |
|---|---|---|---|
| DETERMINATION OF ATTORNEY | 04-JAN-2007 | 6th District Court | MCATEE, MAGISTRATE |
| PRE-TRIAL CONFERENCE | 06-FEB-2007 | 6th District Court | MCATEE, MAGISTRATE |
| PRE-TRIAL CONFERENCE | 27-FEB-2007 | 6th District Court | MCATEE, MAGISTRATE |
| PRE-TRIAL CONFERENCE | 13-MAR-2007 | 6th District Court | MCATEE, MAGISTRATE |
| | | | |

| | | | |
|---|---|---|---|
| MOTION TO COMPEL | 22-MAR-2007 | PROVIDENCE COUNTY | LANPHEAR, JUDGE |
| PRE-TRIAL CONFERENCE | 12-APR-2007 | 6th District Court | MCATEE, MAGISTRATE |
| MOTION TO COMPEL | 26-APR-2007 | PROVIDENCE COUNTY | KEOUGH, MAGISTRATE |
| PRE-TRIAL CONFERENCE | 03-MAY-2007 | 6th District Court | MCATEE, MAGISTRATE |
| MOTION TO COMPEL | 16-MAY-2007 | PROVIDENCE COUNTY | KEOUGH, MAGISTRATE |
| PRE-TRIAL CONFERENCE | 24-MAY-2007 | 6th District Court | MCATEE, MAGISTRATE |
| PRE-TRIAL CONFERENCE | 12-JUL-2007 | 6th District Court | MCATEE, MAGISTRATE |
| PRE-TRIAL CONFERENCE | 06-SEP-2007 | 6th District Court | MCATEE, MAGISTRATE |

## Case Parties

| Type | ID | Name | Aliases |
|---|---|---|---|
| DEFENDANT | 10103814 | **HECTOR, DAVID** | *none* |
| STATE OF RHODE ISLAND | | **STATE OF RHODE ISLAND** | *none* |

## Attorneys

| Type | Name |
|---|---|
| PRIVATE ATTORNEY | DIMAIO, PAUL J |

## Docket Entries

| Description | |
|---|---|
| L13-SEP-2006 | PERSONAL RECOGNIZANCE SET |
| 02-JAN-2007 | ENTRY OF APPEARANCE |
| 02-JAN-2007 | DATE DELETED |
| 06-FEB-2007 | DEFENSE NOT READY |
| 07-FEB-2007 | MOTION DISCOVERY/INSPECTION |

| | |
|---|---|
| 08-FEB-2007 | MOTION DISCOVERY/INSPECTION |
| 27-FEB-2007 | DEFENSE NOT READY |
| 13-MAR-2007 | DEFENSE NOT READY |
| 22-MAR-2007 | GRANTED |
| 12-APR-2007 | DEFENSE NOT READY |
| 13-APR-2007 | MOTION TO COMPEL |
| 26-APR-2007 | PASSED |
| 03-MAY-2007 | DEFENSE NOT READY |
| 11-MAY-2007 | MOTION TO COMPEL |
| 16-MAY-2007 | ORDER ENTERED |
| 24-MAY-2007 | DEFENSE NOT READY |
| 06-JUN-2007 | RSP DEFT REQ DSCVY/INSPEC |
| 06-JUN-2007 | REQUEST DISCOVERY AND ALIBI |
| 12-JUL-2007 | PENDING FURTHER INVESTIGATION |