MJC:tsp 95368 \pleading\95368MStay&Memo.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAVID B. HECTOR, JR. | : | |
| | : | |
| VS | : | C.A. NO. 06-418ML |
| | : | |
| CITY OF PROVIDENCE, by and through its Treasurer, STEPHEN NAPOLITANO, ET AL | : | |

## DEFENDANTS' MOTION TO STAY

Now come the defendants, and move for a stay of the trial of this matter up to and including March 1, 2008, to allow for an adjudication of state criminal charges lodged against the plaintiff herein, which are based on the same incident which forms the basis of the plaintiff's complaint against the defendants. In conjunction therewith, defendants also move that the pretrial scheduling order deadlines be adjusted to allow for pretrial motions to be due by February 15, 2008 and pretrial memorandum due by March 1, 2008.

In support hereof, your defendants have attached a memorandum of law. Moreover, counsel for the individual defendants states that he conferred in good faith with counsel for the plaintiff as to the content of the motion and that the ***plaintiff does not object thereto***.

DEFENDANTS, Robert Brown, Jr. and
Antonio Laranjo
By their Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DEFENDANT, City of Providence
By its Attorney,

/s/ Kevin F. McHugh
Kevin F. McHugh, Esq. #3927
Senior Assistant City Solicitor
City of Providence - Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
PHONE: (401) 421-7740 Ext. 333
FAX: (401) 351-4326

**CERTIFICATION**

I certify that I sent a true copy of the within by electronic mail this day to:

V. Edward Formisano, Esq.
100 Midway Place, Suite 1
Cranston, RI 02920

/s/ Michael J. Colucci

MJC:tsp 95368

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID B. HECTOR, JR. | : | |
| | : | |
| VS | : | C.A. NO. 06-418ML |
| | : | |
| CITY OF PROVIDENCE, by and through its Treasurer, STEPHEN NAPOLITANO, ET AL | : | |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY**

The defendants recently moved for and were granted a motion to stay this matter through December 1, 2007. [See document 16, filed 8/10/07] Defendants incorporate the same memorandum of law filed in support thereof. Since then, defense counsel has been in communication with the Rhode Island Department of Attorney General and has learned that the underlying criminal charges are tentatively scheduled for trial during the month of December, 2007, in the Rhode Island Superior Court. A jury trial is scheduled. Given this defense counsel's experience with jury trial scheduling around the holidays, it is more realistic to think that the matter will be tried in January, 2008 ~~a~~ssuming no continuances are sought therefore.

For those reasons previously set out in the previous memorandum of law, an adjudication of guilt on the underlying criminal charge against the plaintiff, Hector, could necessarily impact on the viability of some and/or all of his claims in the case at bar. For those reasons, your defendants are seeking a stay of these proceedings to allow for an opportunity for the criminal action to "play itself out". Assuming that happens by mid January, 2008, the parties could then sort out what is left to be tried in the case at bar. Defendants suggest that the pretrial scheduling order be adjusted to require

all pretrial motions by February 15, 2008 with pretrial memoranda due by March 1, 2008.

Respectfully submitted,
DEFENDANTS, Robert Brown, Jr. and
Antonio Laranjo
By their Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DEFENDANT, City of Providence
By its Attorney,

/s/ Kevin F. McHugh
Kevin F. McHugh, Esq. #3927
Senior Assistant City Solicitor
City of Providence - Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
PHONE: (401) 421-7740 Ext. 333
FAX: (401) 351-4326

**CERTIFICATION**

I certify that I sent a true copy of the within by electronic mail this day to:

V. Edward Formisano, Esq.
100 Midway Place, Suite 1
Cranston, RI 02920

/s/ Michael J. Colucci