**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID B. HECTOR, JR.,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-418ML** |
| | : | |
| **CITY OF PROVIDENCE, et al.,** | : | |
| **Defendants** | : | |

**PLAINTIFF'S MOTION TO STAY**

Now comes the Plaintiff, and moves for a stay of the trial in this matter up to and including May 1, 2008, to allow for an adjudication of state criminal charges pending against the Plaintiff which are based on the same incident which forms the basis of the Plaintiff's complaint against Defendants. The Plaintiff also moves that the pretrial scheduling order be amended to allow for pretrial motions to be due by April 15, 2008 and pretrial memoranda due by May 1, 2008. Defendants have no objection to Plaintiff's motion.

In further support of his motion, the Plaintiff relies on his Memorandum of Law filed simultaneously herewith.

**WHEREFORE**, the Plaintiff respectfully prays that his Motion to Stay is granted.

Respectfully submitted,
PLAINTIFF,
By his attorneys,
SINAPI, FORMISANO & COMPANY, LTD.

Dated: January 29, 2008

/s/ V. Edward Formisano__________
V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

**CERTIFICATION**

TO: Michael J. Colucci, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Kevin F. McHugh
Senior Assistant City Solicitor
City of Providence—Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that on the 29th day of January, 2008, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System. I also certify that the above counsel of record has received the within.

/s/ V. Edward Formisano