**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID B. HECTOR, JR.,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-418ML** |
| | : | |
| **CITY OF PROVIDENCE, et al.,** | : | |
| **Defendants** | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY**

Plaintiff previously moved for a stay in this matter and the motion was granted through April 15, 2008. Counsel recently communicated with Plaintiff's defense lawyer in the pending criminal case regarding a trial date and was advised that this matter may not be tried until at least June, 2008.

As set forth in Defendants prior memoranda, the adjudication of the criminal charges pending against the Plaintiff may impact the viability of some of the claims pending in the case at bar. Thore v. Howe, 466 F.3d 173 (1st Cir. 2006). For this reason, the Plaintiff is seeking a stay of this proceeding until the adjudication of the criminal case.

This Court has the inherent power, in the exercise of its discretion, to stay this action. United States v. Private Sanitation Industry Association of Nassau/Suffolk, Inc., 811 F.Supp. 802, 805 (1992); John's Insulation, Inc. v. Siska Constr. Co., 671 F.Supp. 289, 297 (S.D.N.Y. 1987)(citing Landis v. North American Construction Co., 299 U.S. 248 (1936)).. Granting a stay of a civil proceeding to await the outcome of a parallel criminal investigation is "'appropriate when the interest of justice seem…to require such action.'" Id.; see also United States v. Kordel, 397 U.S. 1, 12 n. 27 (1970). The factors to be considered in making this determination include the private interests of the plaintiff in proceeding expeditiously balanced against any prejudice if there is a delay; the private interests and burden on the defendants; the convenience to the courts;

the interests of persons not parties to the civil litigation; and the public interest. Id.; Arden Way Assocs. v. Boesky, 660 F.Supp.1494, 1497 (S.D.N.Y. 1987).

Given the fact that the outcome of the parallel criminal case against the Plaintiff may impact on the viability of his claims in the case at bar, the Plaintiff respectfully moves this Court to exercise its inherent power and to stay the trial in this matter up to and including July 1, 2008 to allow for an adjudication of state criminal charges pending against the Plaintiff, and also moves that the pretrial scheduling order be amended to allow for pretrial motions to be due by July 15, 2008 and pretrial memoranda due by August 1, 2008.

Respectfully submitted,
PLAINTIFF,
By his attorneys,
SINAPI, FORMISANO & COMPANY, LTD.

Dated: April 7, 2008

/s/ V. Edward Formisano_________
V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

**CERTIFICATION**

TO: Michael J. Colucci, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Kevin F. McHugh
Senior Assistant City Solicitor
City of Providence—Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that on the 7th day of April, 2008, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System. I also certify that the above counsel of record has received the within.

/s/ V. Edward Formisano